Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 17−10960−VFP  
Chapter: 13  
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Daryl S Spruill  
   1162 East Henry St.  
   Linden, NJ 07036

Social Security No.:  
   xxx−xx−3956

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/19/18 at 11:00 AM

to consider and act upon the following:

*68* − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/18/2018. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*70* − Objection to Trustee's Certification of Default (related document:68 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/18/2018. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Scott E. Tanne on behalf of Daryl S Spruill. (Attachments: # 1 Certificate of Service) (Tanne, Scott)

Dated: 6/15/18

                                                Jeanne Naughton  
                                                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Daryl S Spruill  
    Debtor

Case No. 17-10960-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 15, 2018  
                      Form ID: ntchrgbk    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2018.  
db        +Daryl S Spruill,    1162 East Henry St.,    Linden, NJ 07036-2037  
cr        +PROF-2013-S3 Legal Title Trust II, by U.S. Bank Na,    c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2018 at the address(es) listed below:  
        Jill  Manzo    on behalf of Creditor    FAY SERVICING LLC, as servicer for PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bankruptcy@feinsuch.com  
        Kevin Gordon McDonald    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Laura M. Egerman    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
        Laura M. Egerman    on behalf of Creditor    FAY SERVICING LLC, as servicer for PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
        Marie-Ann  Greenberg    magecf@magtrustee.com  
        Scott E. Tanne    on behalf of Debtor Daryl S Spruill info@tannelaw.com, tanne.ecf.email@gmail.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                      TOTAL: 7