UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
Attorney for the Debtor(s)

Order Filed on July 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
**Daryl S. Spruill**

Case No.: 17-10960-VFP

Adv. No.:

Hearing Date:

Judge: Papalia

### ORDER APPROVING LOAN MODIFICATION OF EXISTING MORTGAGE ON RESIDENCE AND REDUCING PROOF OF CLAIM ARREARS TO AMOUNT ALREADY DISBURSED THROUGH PLAN WITH RESPECT TO FAY SERVICING, LLC

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: July 18, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor: Daryl S. Spruill
Case No.: 17-10960-VFP
Caption of Order: Order Approving Loan Modification and Reducing Proof of Claim Arrears to Amount Already Disbursed Through Plan With Respect to Fay Servicing, LLC

---

Upon consideration of Debtor's motion for an Order Approving Loan Modification of Existing Mortgage on Residence and Reducing Proof of Claim Arrears to Amount Already Disbursed Through Plan with Respect to Fay Servicing, LLC, and good cause appearing therefore, it is hereby

**ORDERED** that the Debtor is authorized to enter into a modification of his existing loan with Fay Servicing, LLC on their property located at 1162 E. Henry Street, Linden, NJ 07036 according to the following terms set out in the motion:

1. The amount of the loan is $369,563.52, of which $248,797.49 is to be amortized over 408 months, and the remaining balance of which will be due upon maturity date of October 1, 2052.
2. The monthly payment is $2,229.23, which includes escrow for insurance and real estate taxes.
3. The interest rate is fixed at 5.750%.

**AND IT IS FURTHER ORDERED** that the arrears included in Fay Servicing, LLC's proof of claim are hereby amended to the amount already disbursed through the Chapter 13 Plan, $1,940.67, and no further disbursements shall be made to Fay Servicing for payment of the proof of claim arrears,

**AND IT IS FURTHER ORDERED** that the Debtor shall file an Amended Chapter 13 Plan within thirty (30) days of the entry of the within order.