| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>SCOTT E. TANNE, ESQ., P.C.<br>4 Chatham Road<br>Summit, NJ 07901<br>(973) 701-1776<br>Fax: (973) 701-0111<br>Scott E. Tanne, Esq.<br>ST2477<br>Attorney for the Debtor(s) | Order Filed on July 18, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>**Daryl S. Spruill** | Case No.: 17-10960-VFP<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: Papalia |

**ORDER APPROVING LOAN MODIFICATION OF EXISTING MORTGAGE ON RESIDENCE AND REDUCING PROOF OF CLAIM ARREARS TO AMOUNT ALREADY DISBURSED THROUGH PLAN WITH RESPECT TO FAY SERVICING, LLC**

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

DATED: July 18, 2018

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

**Page 2**

Debtor:            Daryl S. Spruill
Case No.:          17-10960-VFP
Caption of Order:  Order Approving Loan Modification and Reducing Proof of Claim Arrears to Amount Already Disbursed Through Plan With Respect to Fay Servicing, LLC

_____

Upon consideration of Debtor's motion for an Order Approving Loan Modification of Existing Mortgage on Residence and Reducing Proof of Claim Arrears to Amount Already Disbursed Through Plan with Respect to Fay Servicing, LLC, and good cause appearing therefore, it is hereby

**ORDERED** that the Debtor is authorized to enter into a modification of his existing loan with Fay Servicing, LLC on their property located at 1162 E. Henry Street, Linden, NJ 07036 according to the following terms set out in the motion:

1. The amount of the loan is $369,563.52, of which $248,797.49 is to be amortized over 408 months, and the remaining balance of which will be due upon maturity date of October 1, 2052.
2. The monthly payment is $2,229.23, which includes escrow for insurance and real estate taxes.
3. The interest rate is fixed at 5.750%.

**AND IT IS FURTHER ORDERED** that the arrears included in Fay Servicing, LLC's proof of claim are hereby amended to the amount already disbursed through the Chapter 13 Plan, $1,940.67, and no further disbursements shall be made to Fay Servicing for payment of the proof of claim arrears,

**AND IT IS FURTHER ORDERED** that the Debtor shall file an Amended Chapter 13 Plan within thirty (30) days of the entry of the within order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-10960-VFP
Daryl S Spruill                                                                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Jul 18, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
db              +Daryl S Spruill,    1162 East Henry St.,    Linden, NJ 07036-2037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
     Jill  Manzo    on behalf of Creditor    FAY SERVICING LLC, as servicer for PROF-2013-S3 LEGAL TITLE
      TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bankruptcy@feinsuch.com
     Kevin Gordon McDonald    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
      National Association, as Legal Title Trustee kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
     Laura M. Egerman    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
      National Association, as Legal Title Trustee bkyecf@rasflaw.com,
      bkyecf@rasflaw.com;legerman@rasnj.com
     Laura M. Egerman    on behalf of Creditor    FAY SERVICING LLC, as servicer for PROF-2013-S3 LEGAL
      TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bkyecf@rasflaw.com,
      bkyecf@rasflaw.com;legerman@rasnj.com
     Marie-Ann Greenberg     magecf@magtrustee.com
     Scott E. Tanne    on behalf of Debtor Daryl S Spruill info@tannelaw.com,   tanne.ecf.email@gmail.com
     U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                           TOTAL: 7