Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 17−10960−VFP
                              Chapter: 13
                              Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daryl S Spruill
   1162 East Henry St.
   Linden, NJ 07036

Social Security No.:
   xxx−xx−3956

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on March 6, 2018.

    On 8/3/18 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                  September 6, 2018
Time:                10:00 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 6, 2018
JAN: wdh

                                                                                                                                                       Jeanne Naughton
                                                                                                                                                       Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                       Case No. 17-10960-VFP
Daryl S Spruill                                              Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2       Date Rcvd: Aug 06, 2018
                              Form ID: 185                Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2018.
db             +Daryl S Spruill,    1162 East Henry St.,    Linden, NJ 07036-2037
cr             +PROF-2013-S3 Legal Title Trust II, by U.S. Bank Na,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
516596430      +American Commerce Insurance Company,    211 Main Street,    Webster, MA 01570-2273
516596431      +American Commerce Insurance Company,    3590 Twin Creeks Drive,    Columbus, OH 43204-1628
516596432      +Consumer Portfolio Svc,    Attn: Bankruptcy,    19500 Jamboree Rd,    Irvine, CA 92612-2411
516773258      +ECMC,   PO BOX 16408,    ST. PAUL,MN 55116-0408
516839721      +Fay Servicing, LLC,    3000 Kellway Dr., Ste 150,    Carrollton, TX 75006-3357
516596436      +Fayfinancial,    939 W North Ave Ste 680,    Chicago, IL 60642-1231
516596437     #+Fein, Such, Kahn & Shepard,    7 Century Drive--Suite 201,    Parsippany, NJ 07054-4673
516596438      +Glhec,   Po Box 7860,    Madison, WI 53707-7860
516596439      +Hillcrest Davidson & A,    715 N Glenville Dr Ste 4,    Richardson, TX 75081-2879
516806835      +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516716722     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
516596443       State of New Jersey,    Division of Revenue,    PO BOX 262,    Trenton, NJ 08646-0262
516596444      +Thomas D. Foti, Esq.,    Garrity, Graham, Murphy, Garofalo, Flinn,
                 72 Eagle Rock Ave, Suite 350,    P.O. Box 438,    East Hanover, NJ 07936-0438
516596446      +Trident Asset Management,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2294
516596445      +Trident Asset Management,    Po Box 888424,    Atlanta, GA 30356-0424
517293328       eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
517293329       eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262,
                 eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 06 2018 23:39:16       U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 06 2018 23:39:11       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516642687       E-mail/Text: bankruptcy@consumerportfolio.com Aug 06 2018 23:39:29
                 CONSUMER PORTFOLIO   SERVICES , INC.,    PO BOX 57071,    IRVINE, CA 92619 - 7071
516596433      +E-mail/Text: bankruptcy@consumerportfolio.com Aug 06 2018 23:39:29       Consumer Portfolio Svc,
                 16355 Laguna Canyon Rd,    Irvine, CA 92618-3801
516596434      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 06 2018 23:40:08
                 Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
516596435      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 06 2018 23:40:08
                 Credit Collections Svc,    Po Box 607,    Norwood, MA 02062-0607
516596440       E-mail/Text: cio.bncmail@irs.gov Aug 06 2018 23:38:23       Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
516812086       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 06 2018 23:39:32       Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
516596441       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 06 2018 23:39:32       Jefferson Capital Systems, LLC,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
516596442      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 06 2018 23:36:44       LVNV Funding,
                 Po Box 10497,   Greenville, SC 29603-0497
516733997       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 06 2018 23:36:44       LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC   29603-0587
516777223      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 06 2018 23:37:08
                 Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
                                                                                                TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Aug 06, 2018
                              Form ID: 185             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2018 at the address(es) listed below:
          Jill   Manzo    on behalf of Creditor    FAY SERVICING LLC, as servicer for PROF-2013-S3 LEGAL TITLE
           TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bankruptcy@feinsuch.com
          Kevin Gordon McDonald     on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
           National Association, as Legal Title Trustee kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
           National Association, as Legal Title Trustee bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Creditor    FAY SERVICING LLC, as servicer for PROF-2013-S3 LEGAL
           TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann  Greenberg     magecf@magtrustee.com
          Scott E. Tanne    on behalf of Debtor Daryl S Spruill info@tannelaw.com,   tanne.ecf.email@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```