Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−10960−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Daryl S Spruill
    1162 East Henry St.
    Linden, NJ 07036

Social Security No.:
    xxx−xx−3956

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       8/16/18
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Scott E. Tanne

COMMISSION OR FEES
$1,980.00

EXPENSES
$10.26

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 7, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-10960-VFP
Daryl S Spruill                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Aug 07, 2018
                             Form ID: 137          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2018.
```
db         +Daryl S Spruill,   1162 East Henry St.,   Linden, NJ 07036-2037
cr         +PROF-2013-S3 Legal Title Trust II, by U.S. Bank Na,   c/o Robertson, Anschutz & Schneid, P.L.,
            6409 Congress Ave., Suite 100,   Boca Raton, FL 33487-2853
516596431  +American Commerce Insurance Company,   3590 Twin Creeks Drive,   Columbus, OH 43204-1628
516596430  +American Insurance Company,   211 Main Street,   Webster, MA 01570-2273
516596432  +Consumer Portfolio Svc,   Attn: Bankruptcy,   19500 Jamboree Rd,   Irvine, CA 92612-2411
516773258  +ECMC,   PO BOX 16408,   ST. PAUL,MN 55116-0408
516839721  +Fay Servicing, LLC,   3000 Kellway Dr., Ste 150,   Carrollton, TX 75006-3357
516596436  +Fayfinancial,   939 W North Ave Ste 680,   Chicago, IL 60642-1231
516596437  #+Fein, Such, Kahn & Shepard,   7 Century Drive--Suite 201,   Parsippany, NJ 07054-4673
516596438  +Glhec,   Po Box 7860,   Madison, WI 53707-7860
516596439  +Hillcrest Davidson & A,   715 N Glenville Dr Ste 4,   Richardson, TX 75081-2879
516806835  +Orion,   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516716722  ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court:  State of New Jersey,   Department of Treasury,
             Division of Taxation,   PO BOX 245,   Trenton NJ 08695-0245)
516596443   State of New Jersey,   Division of Revenue,   PO BOX 262,   Trenton, NJ 08646-0262
516596444  +Thomas D. Foti, Esq.,   Garrity, Graham, Murphy, Garofalo, Flinn,
             72 Eagle Rock Ave, Suite 350,   P.O. Box 438,   East Hanover, NJ 07936-0438
516596446  +Trident Asset Management,   53 Perimeter Ctr E Ste 4,   Atlanta, GA 30346-2294
516596445  +Trident Asset Management,   Po Box 888424,   Atlanta, GA 30356-0424
517293328   eCAST Settlement Corporation,   PO Box 29262,   New York NY 10087-9262
517293329   eCAST Settlement Corporation,   PO Box 29262,   New York NY 10087-9262
            eCAST Settlement Corporation,   PO Box 29262,   New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2018 00:02:14    U.S. Attorney,   970 Broad St.,
            Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2018 00:02:11    United States Trustee,
            Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
            Newark, NJ 07102-5235
516642687   E-mail/Text: bankruptcy@consumerportfolio.com Aug 08 2018 00:02:26
            CONSUMER PORTFOLIO  SERVICES , INC.,   PO BOX 57071,   IRVINE, CA 92619 - 7071
516596433  +E-mail/Text: bankruptcy@consumerportfolio.com Aug 08 2018 00:02:27    Consumer Portfolio Svc,
            16355 Laguna Canyon Rd,   Irvine, CA 92618-3801
516596434  +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 08 2018 00:03:11
            Credit Collections Svc,   Po Box 773,   Needham, MA 02494-0918
516596435  +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 08 2018 00:03:11
            Credit Collections Svc,   Po Box 607,   Norwood, MA 02062-0607
516596440   E-mail/Text: cio.bncmail@irs.gov Aug 08 2018 00:01:22    Internal Revenue Service,
            PO Box 7346,   Philadelphia, PA 19101-7346
516812086   E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 08 2018 00:02:29    Jefferson Capital Systems LLC,
            Po Box 7999,   Saint Cloud Mn 56302-9617
516596441   E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 08 2018 00:02:29    Jefferson Capital Systems, LLC,
            16 Mcleland Rd,   Saint Cloud, MN 56303
516596442  +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2018 00:08:50    LVNV Funding,
            Po Box 10497,   Greenville, SC 29603-0497
516733997   E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2018 00:09:18    LVNV Funding LLC,
            c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC  29603-0587
516777223  +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2018 00:09:42
            Orion Portfolio Services LLC,   c/o PRA Receivables Management, LLC,   PO Box 41021,
            Norfolk, VA 23541-1021
                                                                          TOTAL: 12
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Aug 07, 2018
                             Form ID: 137              Total Noticed: 31
```

**\*\*\*\*\* BYPASSED RECIPIENTS (continued) \*\*\*\*\***

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2018 at the address(es) listed below:
          Jill  Manzo   on behalf of Creditor   FAY SERVICING LLC, as servicer for PROF-2013-S3 LEGAL TITLE
           TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bankruptcy@feinsuch.com
          Kevin Gordon McDonald   on behalf of Creditor   PROF-2013-S3 Legal Title Trust II, by U.S. Bank
           National Association, as Legal Title Trustee kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Laura M. Egerman   on behalf of Creditor   PROF-2013-S3 Legal Title Trust II, by U.S. Bank
           National Association, as Legal Title Trustee bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman   on behalf of Creditor   FAY SERVICING LLC, as servicer for PROF-2013-S3 LEGAL
           TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Scott E. Tanne   on behalf of Debtor Daryl S Spruill info@tannelaw.com,  tanne.ecf.email@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 7
```