UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
Attorney for Debtor(s)

Order Filed on December 10, 2018
by Clerk
**U.S. Bankruptcy Court
District of New Jersey**

In Re:

Daryl S. Spruill

Case No.:   17-10960-VFP

Chapter:   13

Judge:   Papalia

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 10, 2018**

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Scott E. Tanne, Esq., P.C._____, the applicant, is allowed a fee of $ _____600.00_____ for services rendered and expenses in the amount of $_____27.55_____ for a total of $_____627.55_____ . The allowance is payable:

 ☒ through the Chapter 13 plan as an administrative priority.

 ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for ____n/a____ months to allow for payment of the above fee.

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed pursuant to this order before a refund is issued to the debtor.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-10960-VFP
Daryl S Spruill                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1              Date Rcvd: Dec 11, 2018
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2018.
db             +Daryl S Spruill,    1162 East Henry St.,    Linden, NJ 07036-2037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2018 at the address(es) listed below:
      Jill   Manzo    on behalf of Creditor    FAY SERVICING LLC, as servicer for PROF-2013-S3 LEGAL TITLE
       TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bankruptcy@feinsuch.com
      Kevin Gordon McDonald    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
       National Association, as Legal Title Trustee kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Laura M. Egerman    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
       National Association, as Legal Title Trustee bkyecf@rasflaw.com,
       bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of Creditor    FAY SERVICING LLC, as servicer for PROF-2013-S3 LEGAL
       TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bkyecf@rasflaw.com,
       bkyecf@rasflaw.com;legerman@rasnj.com
      Marie-Ann Greenberg     magecf@magtrustee.com
      Scott E. Tanne    on behalf of Debtor Daryl S Spruill ecf@tannelaw.com,    tanne.ecf.email@gmail.com
      Sindi  Mncina    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank National
       Association, as Legal Title Trustee smncina@rascrane.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                        TOTAL: 8