Form cscnodsc − ntccsclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 17−10960−VFP
                        Chapter: 13
                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Daryl S Spruill
    1162 East Henry St.
    Linden, NJ 07036

Social Security No.:
    xxx−xx−3956

Employer's Tax I.D. No.:

**NOTICE OF CASE CLOSED WITHOUT DISCHARGE**

    All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- [x] Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- [ ] Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- [x] Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: July 28, 2020
JAN: wdh

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-10960-VFP
Daryl S Spruill                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jul 28, 2020
                              Form ID: cscnodsc        Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2020.
```
db           +Daryl S Spruill,   1162 East Henry St.,   Linden, NJ 07036-2037
cr           +PROF-2013-S3 Legal Title Trust II, by U.S. Bank Na,    c/o Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Ave., Suite 100,   Boca Raton, FL 33487-2853
516596431    +American Commerce Insurance Company,    3590 Twin Creeks Drive,    Columbus, OH 43204-1628
516596430    +American Commerce Insurance Company,    211 Main Street,   Webster, MA 01570-2273
516596432    +Consumer Portfolio Svc,   Attn: Bankruptcy,   19500 Jamboree Rd,    Irvine, CA 92612-2411
516773258    +ECMC,   PO BOX 16408,   ST. PAUL,MN 55116-0408
516596436    +Fayfinancial,   939 W North Ave Ste 680,   Chicago, IL 60642-7138
516596438    +Glhec,   Po Box 7860,   Madison, WI 53707-7860
518446527    +HAM FUND III, LP,   c/o BSI Financial Services,    1425 Greenway Drive, Ste 400,
               Irving, TX 75038-2480
518446528    +HAM FUND III, LP,   c/o BSI Financial Services,    1425 Greenway Drive, Ste 400,
               Irving, TX 75038,   HAM FUND III, LP,   c/o BSI Financial Services 75038-2480
516596439    +Hillcrest Davidson & A,   715 N Glenville Dr Ste 4,    Richardson, TX 75081-2879
516806835    +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
516716722   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,    Department of Treasury,
               Division of Taxation,   PO BOX 245,   Trenton NJ 08695-0245)
517947493    +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
517947494    +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516596443     State of New Jersey,   Division of Revenue,    PO BOX 262,   Trenton, NJ 08646-0262
516596444    +Thomas D. Foti, Esq.,   Garrity, Graham, Murphy, Garofalo, Flinn,
               72 Eagle Rock Ave, Suite 350,   P.O. Box 438,    East Hanover, NJ 07936-0438
516596445    +Trident Asset Management,   Po Box 888424,   Atlanta, GA 30356-0424
517293328     eCAST Settlement Corporation,   PO Box 29262,   New York NY 10087-9262
517293329     eCAST Settlement Corporation,   PO Box 29262,   New York NY 10087-9262,
               eCAST Settlement Corporation,   PO Box 29262,   New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 28 2020 23:12:03     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 28 2020 23:12:01     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516642687     E-mail/Text: bankruptcy@consumerportfolio.com Jul 28 2020 23:12:08
               CONSUMER PORTFOLIO    SERVICES , INC.,   PO BOX 57071,   IRVINE, CA 92619 - 7071
516596433    +E-mail/Text: bankruptcy@consumerportfolio.com Jul 28 2020 23:12:08     Consumer Portfolio Svc,
               16355 Laguna Canyon Rd,   Irvine, CA 92618-3801
516596434    +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 28 2020 23:12:31
               Credit Collections Svc,   Po Box 773,   Needham, MA 02494-0918
516596435    +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 28 2020 23:12:31
               Credit Collections Svc,   Po Box 607,   Norwood, MA 02062-0607
516596440     E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 28 2020 23:11:36     Internal Revenue Service,
               PO Box 7346,   Philadelphia, PA 19101-7346
516812086     E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 28 2020 23:12:11     Jefferson Capital Systems LLC,
               Po Box 7999,   Saint Cloud Mn 56302-9617
516596441     E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 28 2020 23:12:12     Jefferson Capital Systems, LLC,
               16 Mcleland Rd,   Saint Cloud, MN 56303
516596442    +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2020 23:20:08     LVNV Funding,
               Po Box 10497,   Greenville, SC 29603-0497
516733997     E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2020 23:20:35     LVNV Funding LLC,
               c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC  29603-0587
516777223    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2020 23:20:06
               Orion Portfolio Services LLC,   c/o PRA Receivables Management, LLC,   PO Box 41021,
               Norfolk, VA 23541-1021
                                                                                              TOTAL: 12
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518270302*    +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
518270303*    +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516839721    ##+Fay Servicing, LLC,   3000 Kellway Dr., Ste 150,   Carrollton, TX 75006-3357
516596437    ##+Fein, Such, Kahn & Shepard,   7 Century Drive--Suite 201,   Parsippany, NJ 07054-4673
516596446    ##+Trident Asset Management,   53 Perimeter Ctr E Ste 4,   Atlanta, GA 30346-2230
                                                                              TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-2           User: admin               Page 2 of 2             Date Rcvd: Jul 28, 2020
                               Form ID: cscnodsc         Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2020 at the address(es) listed below:

        Elizabeth K. Holdren    on behalf of Creditor    Headlands Residential 2019-RPL1 Owner Trust through servicer BSI Financial Services eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com

        Jill  Manzo    on behalf of Creditor    FAY SERVICING LLC, as servicer for PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bankruptcy@feinsuch.com

        Kevin Gordon McDonald    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com

        Laura M. Egerman    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

        Laura M. Egerman    on behalf of Creditor    FAY SERVICING LLC, as servicer for PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

        Marie-Ann  Greenberg    magecf@magtrustee.com

        Scott E. Tanne    on behalf of Debtor Daryl S Spruill ecf@tannelaw.com, tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com

        Sindi  Mncina    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee smncina@rascrane.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 9